**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Janice Johnson,                                                              **Civil File No. 6-cv-517 PAM/JSM**

      Plaintiff,

vs.                                                                                                **ORDER**

Verizon Wireless (VAW) LLC d/b/a Verizon
Wireless; Retrieval Masters Creditors Bureau,
Inc., and Joseph Howard, individually,

      Defendants.

---

    **IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to either party as to Retrieval Masters Creditors Bureau, Inc. and Joseph Howard, individually, only.

    **IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                              **BY THE COURT**

Dated: June   1  , 2006                                         s/Paul A. Magnuson
                                                              The Honorable Paul A. Magnuson
                                                             Judge of United States District Court