# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Janice Johnson,                                     **Civil File No. 6-cv-517 PAM/JSM**

       Plaintiff,

vs.                                                            **ORDER**

Verizon Wireless (VAW) LLC d/b/a Verizon
Wireless; Retrieval Masters Creditors Bureau,
Inc., and Joseph Howard, individually,

       Defendants.

---

    **IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to either party as to Verizon Wireless (VAW) LLC d/b/a Verizon Wireless.

    **IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                         **BY THE COURT**


Dated:     June 16,  2006               s/Paul A. Magnuson
                                   The Honorable Paul A. Magnuson
                                   Judge of United States District Court